IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HILARIO MEDINA,<br><br>               Plaintiff,<br><br>v.<br><br>ROLLIN COOK et al.,<br><br>               Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:18-CV-148 DAK<br><br>District Judge Dale A. Kimball |

       Plaintiff, Hilario Medina, has filed a civil rights complaint.[1] On May 30, 2018, the Court ordered Plaintiff to, within thirty days, pay an initial partial filing fee of $3.47.[2] Plaintiff has not complied.

       IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed without prejudice.

       DATED this 1st day of August, 2018.

                             BY THE COURT:

                             DALE A. KIMBALL
                             United States District Judge

---

[1] *See* 42 U.S.C.S. § 1983 (2017).

[2] *See* 28 *id.* § 1915.